# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

# WAYNE COUNTY

## Case No.

Case: 2:26-cv-10983
Assigned To : Drain, Gershwin A.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 3/24/2026
Description: CMP AARON MOHLMAN V
MICHIGN PUBLIC SERVICE COMMISSION ET AL (SS)

## Plaintiff:

Aaron Mohlman

15507 Brookfield

Livonia, MI, 48154

## Defendants:

Michigan Public Service Commission

7109 W Saginaw Hwy,

Lansing, MI, 48917

DTE Energy Company

1 Energy Plaza,

Detroit, MI, 48226

---

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

## I. INTRODUCTION

1. This is a civil action brought by Plaintiff Aaron Mohlman against the Michigan Public Service Commission (hereinafter "MSPC") and DTE Energy Company (hereinafter "DTE") for improper billing practices, violations of state and federal law, and failure to uphold constitutional protections afforded to consumers.

1. Plaintiff seeks damages, injunctive relief, and a trial by jury for the violations outlined herein.

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 16 U.S.C. § 824 section 201:) 16 U.S.C. § 824e section  206:)  42 U.S.C. §  28 U.S.C. § 1331, as it involves federal questions arising under the laws of the United States.

1. Venue is proper in this district under 42 U.S.C. § 28 U.S.C. § 1391(b) because the events giving rise to this action occurred in Wayne County, Michigan, and both Defendants conduct business in this district.

## III. PARTIES

1. Plaintiff Aaron Mohlman is a resident of Livonia, MI, and is a customer of DTE Energy.

1. Defendant Michigan Public Service Commission is a state agency responsible for regulating public utilities in Michigan, including DTE Energy.

1. Defendant DTE Energy is a private utility company providing electricity and I gas services to customers in Michigan.

## IV. FACTUAL BACKGROUND

1. On or about , 10/13/2023 5/13/2024  Plaintiff filed a complaint with the MSPC regarding improper billing practices and alleged violations of state and federal law, which were assigned case numbers U-21503 and U-21655.

1. The MSPC dismissed Plaintiff's complaint on October 9, 2025, without addressing the substantive issues raised.

1. On December 23, 2025, Plaintiff filed a federal lawsuit against DTE Energy, case number 2:2025cv14138, which was dismissed in early January 2026 for lack of jurisdiction, as the court found that DTE Energy, being a private entity, was not subject to federal jurisdiction.

1. Plaintiff refiled the case on January 20, 2026, arguing constitutional rights have been violated. under the same judges and magistrate, but the case was again dismissed on February 10, 2026, for similar reasons.

1. Throughout this process, Plaintiff has experienced illegal shut-offs, price gouging, and other unlawful practices by DTE Energy, which have caused significant financial and emotional distress.

1. The MSPC has consistently failed to protect consumers, including Plaintiff, by dismissing complaints without proper investigation or consideration of the evidence presented.

1. Plaintiff asserts that the MSPC and DTE has a duty to uphold both state and federal laws, including the Federal Energy Regulatory Commission (FERC) regulations, which govern the operations of utility companies. also but not least to last  15. Federal power act (FPA):201(b) and 206 16. The Supremacy Clause (Constitution Article VI): 18CFR

1. The MSPC's repeated dismissals of complaints, including those of other consumers, demonstrate a pattern of neglect and incompetence in regulating DTE Energy.

## V. LEGAL CLAIMS

## Count I: Violation of Federal and State Law

1. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

1. Defendants have engaged in practices that violate both state and federal laws governing utility billing and consumer protections.

1. The MSPC's failure to act on Plaintiff's complaints to uphold Federal F.E.R.C constitutes a violation of its duty to uphold the law and protect consumers.

## Count II: Negligence

1. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

1. Defendants owed a duty of care to Plaintiff to provide accurate billing and to refrain from unlawful shut-offs. and follow federal law.

1. Defendants breached this duty, resulting in damages to Plaintiff.

## Count III: Constitutional Violations

1. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

1. The actions of DTE Energy, in conjunction with the MSPC's failure to act, constitute violations of Plaintiff's rights under the Fourth and Fourteenth Amendment Supremacy Clause of the United States Constitution.

1. Plaintiff has been subjected to illegal shut-offs Trespassing on private Federal property and other actions that infringe upon his constitutional rights.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Aaron Mohlman respectfully requests that this Honorable Court:

A. Award compensatory damages in an amount to be determined at trial;

B. Grant injunctive relief requiring the MSPC to fulfill its regulatory duties and protect consumers;

C. Award Plaintiff the costs of this action, including reasonable attorney's fees;

D. Grant a trial by jury on all issues so triable; and

E. Grant such other and further relief as the Court deems just and proper.

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

**Dated:**

**Respectfully submitted,**

Aaron Mohlman

15507 Brookfield

Livonia, MI, 48154

**Pro Se Plaintiff**

---

## CERTIFICATE OF SERVICE

I hereby certify that on 3-24-2026, I served a copy of this Complaint for Damages and Injunctive Relief on all parties by [method of service, e.g., mail, electronic filing, etc.].

_____

Aaron Mohlman

[Signature]

---

## END OF DOCUMENT